UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

MITCHELL FOX, et al.,

      Plaintiffs,

            - against -

STEVEN MEZSAROS, et al.

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ORDER
07-CV-2811 (JFB) (ETB)

JOSEPH F. BIANCO, District Judge:

As discussed on the record at the March 25, 2010 telephone conference, pursuant to agreement by all parties, this matter shall be administratively closed due to *pro se* defendant Steven Meszaros's pending criminal appeal and *pro se* defendant Paul Umansky's anticipated bankruptcy filing. Accordingly,

IT IS HEREBY ORDERED that the Clerk of the Court shall administratively close the case without prejudice to any party asking by letter to re-open the case prior to November 30, 2010. The case will be immediately re-opened and restored to the Court's active docket upon letter request by any of the parties.

IT IS FURTHER ORDERED that all documents related to the subject matter of this litigation shall not be destroyed and shall be made available to plaintiffs' counsel upon written request. Any objections to such a request shall be raised in writing with the Court.

                                SO ORDERED

                                JOSEPH F. BIANCO
                                UNITED STATES DISTRICT JUDGE

Dated:    March 25, 2010
            Central Islip, New York