FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   AUG 31 2012   ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MITCHELL FOX and KATHERINE
MAURER FOX,

                Plaintiffs,

- against -

STEVEN MEZAROS, PENTA CYCLE
GROUP, a/k/a PENTA-CYCLE GROUP
LLC, PAUL UMANSKY, and JPR
CAPITAL CORP.,

                Defendants.
----------------------------------------------------------X

**JUDGMENT**
CV-07-2811 (JFB)(ETB)

An Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on August 30, 2012, dismissing this case with prejudice, and directing the Clerk of Court to enter judgment and to close this case, it is

**ORDERED AND ADJUDGED** that plaintiffs take nothing of defendants; that this case is dismissed with prejudice; and that this case is hereby closed.

Dated: Central Islip, New York
        August 31, 2012

                              DOUGLAS C. PALMER
                              CLERK OF THE COURT

            BY:    /S/ CATHERINE VUKOVICH
                      DEPUTY CLERK